# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00478-CV

**In re William Edward Jones**

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator William Edward Jones filed a petition for writ of mandamus asking this Court to compel the respondent district-court judge to rule on a pending motion to dismiss a forfeiture proceeding for want of prosecution. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. In response, real party in interest the State of Texas informed the Court that it had reached an agreement with relator that resolved the underlying civil matter and attached the agreed final judgment signed by the district court, which it asserted renders the petition for writ of mandamus moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . . ."). Accordingly, we grant the State's request and dismiss the petition for writ of mandamus as moot.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: October 19, 2018